**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Dayton Carando Frinks, Jr., Appellant.

Appellate Case No. 2013-001127

_____

Appeal From Horry County
Edward B. Cottingham, Circuit Court Judge

_____

Unpublished Opinion No. 2015-UP-157
Submitted January 1, 2015 – Filed March 18, 2015

_____

**APPEAL DISMISSED**

_____

Appellate Defender Susan Barber Hackett, of Columbia;
and Dayton Frinks, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior
Assistant Deputy Attorney General Salley W. Elliott,
both of Columbia, for Respondent.

_____

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.